# EXHIBIT B

# Equity Receivership over Nationwide Automated Systems, Inc., et al.
## Schedule of Investor Payments to and from NASI
### Gary & Mariko Boyer
### Investor Accts.: 6-0146, 6-0276, 6-3632

| Account | Investor | Deposits (Investment) | Payments Received | Total Profit Amount |
|---|---|---|---|---|
| 6-0146 | Gary Boyer | | | |
| 6-0276 | Mariko Margaret Boyer | $162,335.49 | $ (262,524.99) | $ (100,189.50) |
| 6-3632 | Mariko Boyer, IRA | | | |

**Gary & Mariko Boyer - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Deposit | 06/27/97 | Mariko Boyer I.R.A. | 1 ATM | $ 12,060.11 | $ 12,060.11 |
| CNB | 22383612 | Deposit | 06/13/97 | Mariko Boyer I.R.A. | 2 ATMs | $ 28,775.38 | $ 40,835.49 |
| CNB | 22383612 | Deposit | 06/26/97 | Gary Boyer | 1 ATM | $ 13,500.00 | $ 54,335.49 |
| CNB | 22414410 | Deposit | 07/24/08 | Gary Boyer | 5 ATMs | $ 60,000.00 | $ 114,335.49 |
| CNB | 22414410 | Deposit | 10/22/10 | Gary Boyer | 1 ATM | $ 12,000.00 | $ 126,335.49 |
| CNB | 22414410 | Deposit | 05/05/14 | Entrust Mariko Boyer IRA | 3 ATMs | $ 36,000.00 | $ 162,335.49 |
| | | | | | Total | $ 162,335.49 | |

**Gary & Mariko Boyer - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Withdrawal | 07/01/97 | Gary Boyer | | $ (225.00) | $ (225.00) |
| CNB | 22383612 | Withdrawal | 07/01/97 | Mariko Boyer I.R.A. | | $ (680.59) | $ (905.59) |
| CNB | 22383612 | Withdrawal | 08/01/97 | Gary Boyer | | $ (225.00) | $ (1,130.59) |
| CNB | 22383612 | Withdrawal | 08/01/97 | Mariko Boyer I.R.A. | | $ (680.59) | $ (1,811.18) |
| CNB | 22383612 | Withdrawal | 09/01/97 | Gary Boyer | | $ (225.00) | $ (2,036.18) |
| CNB | 22383612 | Withdrawal | 09/01/97 | Mariko Boyer I.R.A. | | $ (680.59) | $ (2,716.77) |
| CNB | 22383612 | Withdrawal | 10/01/97 | Gary Boyer | | $ (225.00) | $ (2,941.77) |
| CNB | 22383612 | Withdrawal | 10/01/97 | Mariko Boyer I.R.A. | | $ (680.59) | $ (3,622.37) |
| CNB | 22383612 | Withdrawal | 11/01/97 | Gary Boyer | | $ (225.00) | $ (3,847.37) |
| CNB | 22383612 | Withdrawal | 11/01/97 | Mariko Boyer I.R.A. | | $ (680.59) | $ (4,527.96) |
| CNB | 22383612 | Withdrawal | 12/01/97 | Gary Boyer | | $ (225.00) | $ (4,752.96) |
| CNB | 22383612 | Withdrawal | 12/01/97 | Mariko Boyer I.R.A. | | $ (680.59) | $ (5,433.55) |
| CNB | 22383612 | Withdrawal | 01/01/98 | Gary Boyer | | $ (225.00) | $ (5,658.55) |
| CNB | 22383612 | Withdrawal | 01/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (6,339.14) |
| CNB | 22383612 | Withdrawal | 02/01/98 | Gary Boyer | | $ (225.00) | $ (6,564.14) |
| CNB | 22383612 | Withdrawal | 02/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (7,244.73) |
| CNB | 22383612 | Withdrawal | 03/01/98 | Gary Boyer | | $ (225.00) | $ (7,469.73) |
| CNB | 22383612 | Withdrawal | 03/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (8,150.32) |
| CNB | 22383612 | Withdrawal | 04/01/98 | Gary Boyer | | $ (225.00) | $ (8,375.32) |
| CNB | 22383612 | Withdrawal | 04/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (9,055.92) |
| CNB | 22383612 | Withdrawal | 05/01/98 | Gary Boyer | | $ (225.00) | $ (9,280.92) |
| CNB | 22383612 | Withdrawal | 05/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (9,961.51) |
| CNB | 22383612 | Withdrawal | 06/01/98 | Gary Boyer | | $ (225.00) | $ (10,186.51) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Withdrawal | 06/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (10,867.10) |
| CNB | 22383612 | Withdrawal | 07/01/98 | Gary Boyer | | $ (225.00) | $ (11,092.10) |
| CNB | 22383612 | Withdrawal | 07/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (11,772.69) |
| CNB | 22383612 | Withdrawal | 08/01/98 | Gary Boyer | | $ (225.00) | $ (11,997.69) |
| CNB | 22383612 | Withdrawal | 08/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (12,678.28) |
| CNB | 22383612 | Withdrawal | 09/01/98 | Gary Boyer | | $ (225.00) | $ (12,903.28) |
| CNB | 22383612 | Withdrawal | 09/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (13,583.87) |
| CNB | 22383612 | Withdrawal | 10/01/98 | Gary Boyer | | $ (225.00) | $ (13,808.87) |
| CNB | 22383612 | Withdrawal | 10/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (14,489.46) |
| CNB | 22383612 | Withdrawal | 11/01/98 | Gary Boyer | | $ (225.00) | $ (14,714.46) |
| CNB | 22383612 | Withdrawal | 11/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (15,395.06) |
| CNB | 22383612 | Withdrawal | 12/01/98 | Gary Boyer | | $ (225.00) | $ (15,620.06) |
| CNB | 22383612 | Withdrawal | 12/01/98 | Mariko Boyer I.R.A. | | $ (680.59) | $ (16,300.65) |
| CNB | 22383612 | Withdrawal | 01/01/99 | Gary Boyer | | $ (225.00) | $ (16,525.65) |
| CNB | 22383612 | Withdrawal | 01/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (17,206.24) |
| CNB | 22383612 | Withdrawal | 02/01/99 | Gary Boyer | | $ (225.00) | $ (17,431.24) |
| CNB | 22383612 | Withdrawal | 02/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (18,111.83) |
| CNB | 22383612 | Withdrawal | 03/01/99 | Gary Boyer | | $ (225.00) | $ (18,336.83) |
| CNB | 22383612 | Withdrawal | 03/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (19,017.42) |
| CNB | 22383612 | Withdrawal | 04/01/99 | Gary Boyer | | $ (225.00) | $ (19,242.42) |
| CNB | 22383612 | Withdrawal | 04/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (19,923.01) |
| CNB | 22383612 | Withdrawal | 05/01/99 | Gary Boyer | | $ (225.00) | $ (20,148.01) |
| CNB | 22383612 | Withdrawal | 05/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (20,828.60) |
| CNB | 22383612 | Withdrawal | 06/01/99 | Gary Boyer | | $ (225.00) | $ (21,053.60) |
| CNB | 22383612 | Withdrawal | 06/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (21,734.20) |
| CNB | 22383612 | Withdrawal | 07/01/99 | Gary Boyer | | $ (225.00) | $ (21,959.20) |
| CNB | 22383612 | Withdrawal | 07/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (22,639.79) |
| CNB | 22383612 | Withdrawal | 08/01/99 | Gary Boyer | | $ (225.00) | $ (22,864.79) |
| CNB | 22383612 | Withdrawal | 08/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (23,545.38) |
| CNB | 22383612 | Withdrawal | 09/01/99 | Gary Boyer | | $ (225.00) | $ (23,770.38) |
| CNB | 22383612 | Withdrawal | 09/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (24,450.97) |
| CNB | 22383612 | Withdrawal | 10/01/99 | Gary Boyer | | $ (225.00) | $ (24,675.97) |
| CNB | 22383612 | Withdrawal | 10/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (25,356.56) |
| CNB | 22383612 | Withdrawal | 11/01/99 | Gary Boyer | | $ (225.00) | $ (25,581.56) |
| CNB | 22383612 | Withdrawal | 11/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (26,262.15) |
| CNB | 22383612 | Withdrawal | 12/01/99 | Gary Boyer | | $ (225.00) | $ (26,487.15) |
| CNB | 22383612 | Withdrawal | 12/01/99 | Mariko Boyer I.R.A. | | $ (680.59) | $ (27,167.75) |
| CNB | 22383612 | Withdrawal | 01/01/00 | Gary Boyer | | $ (225.00) | $ (27,392.75) |
| CNB | 22383612 | Withdrawal | 01/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (28,073.34) |
| CNB | 22383612 | Withdrawal | 02/01/00 | Gary Boyer | | $ (225.00) | $ (28,298.34) |
| CNB | 22383612 | Withdrawal | 02/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (28,978.93) |
| CNB | 22383612 | Withdrawal | 03/01/00 | Gary Boyer | | $ (225.00) | $ (29,203.93) |
| CNB | 22383612 | Withdrawal | 03/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (29,884.52) |
| CNB | 22383612 | Withdrawal | 04/01/00 | Gary Boyer | | $ (225.00) | $ (30,109.52) |
| CNB | 22383612 | Withdrawal | 04/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (30,790.11) |
| CNB | 22383612 | Withdrawal | 05/01/00 | Gary Boyer | | $ (225.00) | $ (31,015.11) |
| CNB | 22383612 | Withdrawal | 05/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (31,695.70) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Withdrawal | 06/01/00 | Gary Boyer | | $ (225.00) | $ (31,920.70) |
| CNB | 22383612 | Withdrawal | 06/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (32,601.29) |
| CNB | 22383612 | Withdrawal | 07/01/00 | Gary Boyer | | $ (225.00) | $ (32,826.29) |
| CNB | 22383612 | Withdrawal | 07/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (33,506.89) |
| CNB | 22383612 | Withdrawal | 08/01/00 | Gary Boyer | | $ (225.00) | $ (33,731.89) |
| CNB | 22383612 | Withdrawal | 08/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (34,412.48) |
| CNB | 22383612 | Withdrawal | 09/01/00 | Gary Boyer | | $ (225.00) | $ (34,637.48) |
| CNB | 22383612 | Withdrawal | 09/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (35,318.07) |
| CNB | 22383612 | Withdrawal | 10/01/00 | Gary Boyer | | $ (225.00) | $ (35,543.07) |
| CNB | 22383612 | Withdrawal | 10/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (36,223.66) |
| CNB | 22383612 | Withdrawal | 11/01/00 | Gary Boyer | | $ (225.00) | $ (36,448.66) |
| CNB | 22383612 | Withdrawal | 11/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (37,129.25) |
| CNB | 22383612 | Withdrawal | 12/01/00 | Gary Boyer | | $ (225.00) | $ (37,354.25) |
| CNB | 22383612 | Withdrawal | 12/01/00 | Mariko Boyer I.R.A. | | $ (680.59) | $ (38,034.84) |
| CNB | 22383612 | Withdrawal | 01/01/01 | Gary Boyer | | $ (225.00) | $ (38,259.84) |
| CNB | 22383612 | Withdrawal | 01/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (38,940.43) |
| CNB | 22383612 | Withdrawal | 02/01/01 | Gary Boyer | | $ (225.00) | $ (39,165.43) |
| CNB | 22383612 | Withdrawal | 02/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (39,846.03) |
| CNB | 22383612 | Withdrawal | 03/01/01 | Gary Boyer | | $ (225.00) | $ (40,071.03) |
| CNB | 22383612 | Withdrawal | 03/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (40,751.62) |
| CNB | 22383612 | Withdrawal | 04/01/01 | Gary Boyer | | $ (225.00) | $ (40,976.62) |
| CNB | 22383612 | Withdrawal | 04/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (41,657.21) |
| CNB | 22383612 | Withdrawal | 05/01/01 | Gary Boyer | | $ (225.00) | $ (41,882.21) |
| CNB | 22383612 | Withdrawal | 05/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (42,562.80) |
| CNB | 22383612 | Withdrawal | 06/01/01 | Gary Boyer | | $ (225.00) | $ (42,787.80) |
| CNB | 22383612 | Withdrawal | 06/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (43,468.39) |
| CNB | 22383612 | Withdrawal | 07/01/01 | Gary Boyer | | $ (225.00) | $ (43,693.39) |
| CNB | 22383612 | Withdrawal | 07/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (44,373.98) |
| CNB | 22383612 | Withdrawal | 08/01/01 | Gary Boyer | | $ (225.00) | $ (44,598.98) |
| CNB | 22383612 | Withdrawal | 08/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (45,279.58) |
| CNB | 22383612 | Withdrawal | 09/01/01 | Gary Boyer | | $ (225.00) | $ (45,504.58) |
| CNB | 22383612 | Withdrawal | 09/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (46,185.17) |
| CNB | 22383612 | Withdrawal | 10/01/01 | Gary Boyer | | $ (225.00) | $ (46,410.17) |
| CNB | 22383612 | Withdrawal | 10/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (47,090.76) |
| CNB | 22383612 | Withdrawal | 11/01/01 | Gary Boyer | | $ (225.00) | $ (47,315.76) |
| CNB | 22383612 | Withdrawal | 11/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (47,996.35) |
| CNB | 22383612 | Withdrawal | 12/01/01 | Gary Boyer | | $ (225.00) | $ (48,221.35) |
| CNB | 22383612 | Withdrawal | 12/01/01 | Mariko Boyer I.R.A. | | $ (680.59) | $ (48,901.94) |
| CNB | 22383612 | Withdrawal | 12/28/01 | Gary Boyer | | $ (200.00) | $ (49,101.94) |
| CNB | 22383612 | Withdrawal | 12/28/01 | Mariko Boyer I.R.A. | | $ (613.50) | $ (49,715.44) |
| CNB | 22383612 | Withdrawal | 01/25/02 | Gary Boyer | | $ (198.00) | $ (49,913.44) |
| CNB | 22383612 | Withdrawal | 01/25/02 | Mariko Margaret Boyer | | $ (604.50) | $ (50,517.94) |
| CNB | 22383612 | Withdrawal | 02/28/02 | Gary Boyer | | $ (200.50) | $ (50,718.44) |
| CNB | 22383612 | Withdrawal | 02/28/02 | Mariko Boyer I.R.A. | | $ (606.00) | $ (51,324.44) |
| CNB | 22383612 | Withdrawal | 03/29/02 | Gary Boyer | | $ (196.50) | $ (51,520.94) |
| CNB | 22383612 | Withdrawal | 03/29/02 | Mariko Boyer I.R.A. | | $ (614.00) | $ (52,134.94) |
| CNB | 22383612 | Withdrawal | 04/30/02 | Gary Boyer | | $ (201.00) | $ (52,335.94) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Withdrawal | 04/30/02 | Mariko Boyer I.R.A. | | $ (633.00) | $ (52,968.94) |
| CNB | 22383612 | Withdrawal | 05/31/02 | Gary Boyer | | $ (208.00) | $ (53,176.94) |
| CNB | 22383612 | Withdrawal | 05/31/02 | Mariko Boyer I.R.A. | | $ (638.50) | $ (53,815.44) |
| CNB | 22383612 | Withdrawal | 07/01/02 | Gary Boyer | | $ (211.50) | $ (54,026.94) |
| CNB | 22383612 | Withdrawal | 07/01/02 | Mariko Boyer I.R.A. | | $ (679.50) | $ (54,706.44) |
| CNB | 22383612 | Withdrawal | 08/01/02 | Gary Boyer | | $ (221.00) | $ (54,927.44) |
| CNB | 22383612 | Withdrawal | 08/01/02 | Mariko Boyer I.R.A. | | $ (707.50) | $ (55,634.94) |
| CNB | 22383612 | Withdrawal | 09/01/02 | Gary Boyer | | $ (215.50) | $ (55,850.44) |
| CNB | 22383612 | Withdrawal | 09/01/02 | Mariko Boyer I.R.A. | | $ (694.00) | $ (56,544.44) |
| CNB | 22383612 | Withdrawal | 10/01/02 | Gary Boyer | | $ (202.00) | $ (56,746.44) |
| CNB | 22383612 | Withdrawal | 10/01/02 | Mariko Boyer I.R.A. | | $ (667.50) | $ (57,413.94) |
| CNB | 22383612 | Withdrawal | 11/01/02 | Gary Boyer | | $ (218.50) | $ (57,632.44) |
| CNB | 22383612 | Withdrawal | 11/01/02 | Mariko Boyer I.R.A. | | $ (654.00) | $ (58,286.44) |
| CNB | 22383612 | Withdrawal | 12/01/02 | Gary Boyer | | $ (226.50) | $ (58,512.94) |
| CNB | 22383612 | Withdrawal | 12/01/02 | Mariko Boyer I.R.A. | | $ (672.00) | $ (59,184.94) |
| CNB | 22383612 | Withdrawal | 12/31/02 | Gary Boyer | | $ (231.50) | $ (59,416.44) |
| CNB | 22383612 | Withdrawal | 12/31/02 | Mariko Boyer I.R.A. | | $ (690.50) | $ (60,106.94) |
| CNB | 22383612 | Withdrawal | 02/01/03 | Gary Boyer | | $ (222.50) | $ (60,329.44) |
| CNB | 22383612 | Withdrawal | 02/01/03 | Mariko Boyer I.R.A. | | $ (666.50) | $ (60,995.94) |
| CNB | 22383612 | Withdrawal | 03/01/03 | Gary Boyer | | $ (230.50) | $ (61,226.44) |
| CNB | 22383612 | Withdrawal | 03/01/03 | Mariko Boyer I.R.A. | | $ (687.50) | $ (61,913.94) |
| CNB | 22383612 | Withdrawal | 04/01/03 | Gary Boyer | | $ (235.50) | $ (62,149.44) |
| CNB | 22383612 | Withdrawal | 04/01/03 | Mariko Boyer I.R.A. | | $ (704.50) | $ (62,853.94) |
| CNB | 22383612 | Withdrawal | 05/01/03 | Gary Boyer | | $ (226.50) | $ (63,080.44) |
| CNB | 22383612 | Withdrawal | 05/01/03 | Mariko Boyer I.R.A. | | $ (706.00) | $ (63,786.44) |
| CNB | 22383612 | Withdrawal | 06/01/03 | Gary Boyer | | $ (206.00) | $ (63,992.44) |
| CNB | 22383612 | Withdrawal | 06/01/03 | Mariko Boyer I.R.A. | | $ (651.00) | $ (64,643.44) |
| CNB | 22383612 | Withdrawal | 07/01/03 | Gary Boyer | | $ (194.50) | $ (64,837.94) |
| CNB | 22383612 | Withdrawal | 07/01/03 | Mariko Boyer I.R.A. | | $ (630.50) | $ (65,468.44) |
| CNB | 22383612 | Withdrawal | 08/01/03 | Gary Boyer | | $ (205.50) | $ (65,673.94) |
| CNB | 22383612 | Withdrawal | 08/01/03 | Mariko Boyer I.R.A. | | $ (615.50) | $ (66,289.44) |
| CNB | 22383612 | Withdrawal | 09/02/03 | Gary Boyer | | $ (212.00) | $ (66,501.44) |
| CNB | 22383612 | Withdrawal | 09/02/03 | Mariko Boyer I.R.A. | | $ (602.00) | $ (67,103.44) |
| CNB | 22383612 | Withdrawal | 10/01/03 | Gary Boyer | | $ (207.50) | $ (67,310.94) |
| CNB | 22383612 | Withdrawal | 10/01/03 | Mariko Boyer I.R.A. | | $ (618.00) | $ (67,928.94) |
| CNB | 22383612 | Withdrawal | 11/01/03 | Gary Boyer | | $ (202.00) | $ (68,130.94) |
| CNB | 22383612 | Withdrawal | 11/01/03 | Mariko Boyer I.R.A. | | $ (637.50) | $ (68,768.44) |
| CNB | 22383612 | Withdrawal | 12/01/03 | Gary Boyer | | $ (197.50) | $ (68,965.94) |
| CNB | 22383612 | Withdrawal | 12/01/03 | Mariko Boyer I.R.A. | | $ (620.50) | $ (69,586.44) |
| CNB | 22383612 | Withdrawal | 12/31/03 | Gary Boyer | | $ (205.50) | $ (69,791.94) |
| CNB | 22383612 | Withdrawal | 12/31/03 | Mariko Boyer I.R.A. | | $ (621.00) | $ (70,412.94) |
| CNB | 22383612 | Withdrawal | 02/01/04 | Gary Boyer | | $ (198.50) | $ (70,611.44) |
| CNB | 22383612 | Withdrawal | 02/01/04 | Mariko Boyer I.R.A. | | $ (604.00) | $ (71,215.44) |
| CNB | 22383612 | Withdrawal | 03/01/04 | Gary Boyer | | $ (194.00) | $ (71,409.44) |
| CNB | 22383612 | Withdrawal | 03/01/04 | Mariko Boyer I.R.A. | | $ (590.50) | $ (71,999.94) |
| CNB | 22383612 | Withdrawal | 04/01/04 | Gary Boyer | | $ (198.00) | $ (72,197.94) |
| CNB | 22383612 | Withdrawal | 04/01/04 | Mariko Boyer I.R.A. | | $ (607.50) | $ (72,805.44) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Withdrawal | 05/01/04 | Gary Boyer | | $ (192.50) | $ (72,997.94) |
| CNB | 22383612 | Withdrawal | 05/01/04 | Mariko Boyer I.R.A. | | $ (601.00) | $ (73,598.94) |
| CNB | 22383612 | Withdrawal | 06/01/04 | Gary Boyer | | $ (187.00) | $ (73,785.94) |
| CNB | 22383612 | Withdrawal | 06/01/04 | Mariko Boyer I.R.A. | | $ (585.00) | $ (74,370.94) |
| CNB | 22383612 | Withdrawal | 07/01/04 | Gary Boyer | | $ (194.50) | $ (74,565.44) |
| CNB | 22383612 | Withdrawal | 07/01/04 | Mariko Boyer I.R.A. | | $ (579.00) | $ (75,144.44) |
| CNB | 22383612 | Withdrawal | 08/01/04 | Gary Boyer | | $ (200.00) | $ (75,344.44) |
| CNB | 22383612 | Withdrawal | 08/01/04 | Mariko Boyer I.R.A. | | $ (594.00) | $ (75,938.44) |
| CNB | 22383612 | Withdrawal | 09/01/04 | Gary Boyer | | $ (206.50) | $ (76,144.94) |
| CNB | 22383612 | Withdrawal | 09/01/04 | Mariko Boyer I.R.A. | | $ (588.00) | $ (76,732.94) |
| CNB | 22383612 | Withdrawal | 10/01/04 | Gary Boyer | | $ (213.50) | $ (76,946.44) |
| CNB | 22383612 | Withdrawal | 10/01/04 | Mariko Boyer I.R.A. | | $ (564.50) | $ (77,510.94) |
| CNB | 22383612 | Withdrawal | 11/01/04 | Gary Boyer | | $ (220.00) | $ (77,730.94) |
| CNB | 22383612 | Withdrawal | 11/01/04 | Mariko Boyer I.R.A. | | $ (587.00) | $ (78,317.94) |
| CNB | 22383612 | Withdrawal | 12/01/04 | Gary Boyer | | $ (213.00) | $ (78,530.94) |
| CNB | 22383612 | Withdrawal | 12/01/04 | Mariko Boyer I.R.A. | | $ (570.00) | $ (79,100.94) |
| CNB | 22383612 | Withdrawal | 01/01/05 | Gary Boyer | | $ (206.00) | $ (79,306.94) |
| CNB | 22383612 | Withdrawal | 01/01/05 | Mariko Boyer I.R.A. | | $ (567.00) | $ (79,873.94) |
| CNB | 22383612 | Withdrawal | 02/01/05 | Gary Boyer | | $ (200.50) | $ (80,074.44) |
| CNB | 22383612 | Withdrawal | 02/01/05 | Mariko Boyer I.R.A. | | $ (551.00) | $ (80,625.44) |
| CNB | 22383612 | Withdrawal | 03/01/05 | Gary Boyer | | $ (206.50) | $ (80,831.94) |
| CNB | 22383612 | Withdrawal | 03/01/05 | Mariko Boyer I.R.A. | | $ (570.00) | $ (81,401.94) |
| CNB | 22383612 | Withdrawal | 04/01/05 | Gary Boyer | | $ (202.00) | $ (81,603.94) |
| CNB | 22383612 | Withdrawal | 04/01/05 | Mariko Boyer I.R.A. | | $ (555.00) | $ (82,158.94) |
| CNB | 22383612 | Withdrawal | 05/01/05 | Gary Boyer | | $ (208.00) | $ (82,366.94) |
| CNB | 22383612 | Withdrawal | 05/01/05 | Mariko Boyer I.R.A. | | $ (680.59) | $ (83,047.53) |
| CNB | 22383612 | Withdrawal | 06/01/05 | Gary Boyer | | $ (211.00) | $ (83,258.53) |
| CNB | 22383612 | Withdrawal | 06/01/05 | Mariko Boyer I.R.A. | | $ (588.50) | $ (83,847.03) |
| CNB | 22383612 | Withdrawal | 07/01/05 | Gary Boyer | | $ (215.00) | $ (84,062.03) |
| CNB | 22383612 | Withdrawal | 07/01/05 | Mariko Boyer I.R.A. | | $ (680.59) | $ (84,742.62) |
| CNB | 22383612 | Withdrawal | 08/01/05 | Gary Boyer | | $ (209.00) | $ (84,951.62) |
| CNB | 22383612 | Withdrawal | 08/01/05 | Mariko Boyer I.R.A. | | $ (680.59) | $ (85,632.22) |
| CNB | 22383612 | Withdrawal | 09/01/05 | Gary Boyer | | $ (202.50) | $ (85,834.72) |
| CNB | 22383612 | Withdrawal | 09/01/05 | Mariko Boyer I.R.A. | | $ (680.59) | $ (86,515.31) |
| CNB | 22383612 | Withdrawal | 10/01/05 | Gary Boyer | | $ (196.00) | $ (86,711.31) |
| CNB | 22383612 | Withdrawal | 10/01/05 | Mariko Boyer I.R.A. | | $ (680.59) | $ (87,391.90) |
| CNB | 22383612 | Withdrawal | 11/01/05 | Gary Boyer | | $ (190.00) | $ (87,581.90) |
| CNB | 22383612 | Withdrawal | 11/01/05 | Mariko Boyer I.R.A. | | $ (680.59) | $ (88,262.49) |
| CNB | 22414399 | Withdrawal | 12/01/05 | Gary Boyer | | $ (196.00) | $ (88,458.49) |
| CNB | 22414399 | Withdrawal | 01/01/06 | Gary Boyer | | $ (194.50) | $ (88,652.99) |
| CNB | 22414399 | Withdrawal | 02/01/06 | Gary Boyer | | $ (185.50) | $ (88,838.49) |
| CNB | 22414399 | Withdrawal | 02/01/06 | Mariko Boyer I.R.A. | | $ (551.00) | $ (89,389.49) |
| CNB | 22414399 | Withdrawal | 03/01/06 | Gary Boyer | | $ (192.00) | $ (89,581.49) |
| CNB | 22414399 | Withdrawal | 03/01/06 | Mariko Boyer I.R.A. | | $ (569.00) | $ (90,150.49) |
| CNB | 22414399 | Withdrawal | 04/01/06 | Gary Boyer | | $ (186.50) | $ (90,336.99) |
| CNB | 22414399 | Withdrawal | 04/01/06 | Mariko Margaret Boyer | | $ (551.50) | $ (90,888.49) |
| CNB | 22414399 | Withdrawal | 05/01/06 | Gary Boyer | | $ (192.50) | $ (91,080.99) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 05/01/06 | Mariko Margaret Boyer | | $ (569.00) | $ (91,649.99) |
| CNB | 22414399 | Withdrawal | 06/01/06 | Gary Boyer | | $ (186.00) | $ (91,835.99) |
| CNB | 22414399 | Withdrawal | 06/01/06 | Mariko Margaret Boyer | | $ (555.00) | $ (92,390.99) |
| CNB | 22414399 | Withdrawal | 07/01/06 | Gary Boyer | | $ (187.00) | $ (92,577.99) |
| CNB | 22414399 | Withdrawal | 07/01/06 | Mariko Margaret Boyer | | $ (552.00) | $ (93,129.99) |
| CNB | 22414399 | Withdrawal | 08/01/06 | Gary Boyer | | $ (192.50) | $ (93,322.49) |
| CNB | 22414399 | Withdrawal | 08/01/06 | Mariko Margaret Boyer | | $ (570.00) | $ (93,892.49) |
| CNB | 22414399 | Withdrawal | 09/01/06 | Gary Boyer | | $ (187.00) | $ (94,079.49) |
| CNB | 22414399 | Withdrawal | 09/01/06 | Mariko Margaret Boyer | | $ (551.50) | $ (94,630.99) |
| CNB | 22414399 | Withdrawal | 10/01/06 | Gary Boyer | | $ (192.50) | $ (94,823.49) |
| CNB | 22414399 | Withdrawal | 10/01/06 | Mariko Margaret Boyer | | $ (569.50) | $ (95,392.99) |
| CNB | 22414399 | Withdrawal | 11/01/06 | Gary Boyer | | $ (198.00) | $ (95,590.99) |
| CNB | 22414399 | Withdrawal | 11/01/06 | Mariko Margaret Boyer | | $ (585.00) | $ (96,175.99) |
| CNB | 22414399 | Withdrawal | 12/01/06 | Gary Boyer | | $ (201.00) | $ (96,376.99) |
| CNB | 22414399 | Withdrawal | 12/01/06 | Mariko Margaret Boyer | | $ (594.50) | $ (96,971.49) |
| CNB | 22414399 | Withdrawal | 12/22/06 | Mariko Margaret Boyer | Replacements check | $ (3,421.00) | $ (100,392.49) |
| CNB | 22414399 | Withdrawal | 12/31/06 | Gary Boyer | | $ (195.50) | $ (100,587.99) |
| CNB | 22414399 | Withdrawal | 12/31/06 | Mariko Margaret Boyer | | $ (578.00) | $ (101,165.99) |
| CNB | 22414399 | Withdrawal | 02/01/07 | Gary Boyer | | $ (198.50) | $ (101,364.49) |
| CNB | 22414399 | Withdrawal | 02/01/07 | Mariko Margaret Boyer | | $ (592.50) | $ (101,956.99) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Gary Boyer | | $ (192.50) | $ (102,149.49) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Mariko Margaret Boyer | | $ (575.00) | $ (102,724.49) |
| CNB | 22414399 | Withdrawal | 04/01/07 | Gary Boyer | | $ (189.00) | $ (102,913.49) |
| CNB | 22414399 | Withdrawal | 04/01/07 | Mariko Margaret Boyer | | $ (563.50) | $ (103,476.99) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Gary Boyer | | $ (195.50) | $ (103,672.49) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Mariko Margaret Boyer | | $ (582.00) | $ (104,254.49) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Gary Boyer | | $ (192.00) | $ (104,446.49) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Mariko Margaret Boyer | | $ (570.00) | $ (105,016.49) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Gary Boyer | | $ (184.00) | $ (105,200.49) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Mariko Margaret Boyer | | $ (564.00) | $ (105,764.49) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Gary Boyer | | $ (188.00) | $ (105,952.49) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Mariko Margaret Boyer | | $ (568.50) | $ (106,520.99) |
| CNB | 22414399 | Withdrawal | 09/05/07 | Gary Boyer | | $ (191.50) | $ (106,712.49) |
| CNB | 22414399 | Withdrawal | 09/05/07 | Mariko Margaret Boyer | | $ (581.00) | $ (107,293.49) |
| CNB | 22414399 | Withdrawal | 10/03/07 | Gary Boyer | | $ (185.50) | $ (107,478.99) |
| CNB | 22414399 | Withdrawal | 10/03/07 | Mariko Margaret Boyer | | $ (565.50) | $ (108,044.49) |
| CNB | 22414399 | Withdrawal | 11/07/07 | Gary Boyer | | $ (190.00) | $ (108,234.49) |
| CNB | 22414399 | Withdrawal | 11/07/07 | Mariko Margaret Boyer | | $ (576.50) | $ (108,810.99) |
| CNB | 22414399 | Withdrawal | 12/04/07 | Gary Boyer | | $ (194.00) | $ (109,004.99) |
| CNB | 22414399 | Withdrawal | 12/04/07 | Mariko Margaret Boyer | | $ (591.50) | $ (109,596.49) |
| CNB | 22414399 | Withdrawal | 01/07/08 | Gary Boyer | | $ (189.50) | $ (109,785.99) |
| CNB | 22414399 | Withdrawal | 01/07/08 | Mariko Margaret Boyer | | $ (578.50) | $ (110,364.49) |
| CNB | 22414399 | Withdrawal | 02/04/08 | Gary Boyer | | $ (194.00) | $ (110,558.49) |
| CNB | 22414399 | Withdrawal | 02/04/08 | Mariko Margaret Boyer | | $ (601.50) | $ (111,159.99) |
| CNB | 22414399 | Withdrawal | 03/04/08 | Gary Boyer | | $ (198.50) | $ (111,358.49) |
| CNB | 22414399 | Withdrawal | 03/04/08 | Mariko Margaret Boyer | | $ (616.00) | $ (111,974.49) |
| CNB | 22414399 | Withdrawal | 04/02/08 | Gary Boyer | | $ (203.50) | $ (112,177.99) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 04/02/08 | Mariko Margaret Boyer | | $ (611.00) | $ (112,788.99) |
| CNB | 22414399 | Withdrawal | 05/02/08 | Gary Boyer | | $ (197.50) | $ (112,986.49) |
| CNB | 22414399 | Withdrawal | 05/02/08 | Mariko Margaret Boyer | | $ (593.00) | $ (113,579.49) |
| CNB | 22414399 | Withdrawal | 06/03/08 | Gary Boyer | | $ (193.50) | $ (113,772.99) |
| CNB | 22414399 | Withdrawal | 06/03/08 | Mariko Margaret Boyer | | $ (585.50) | $ (114,358.49) |
| CNB | 22414399 | Withdrawal | 07/03/08 | Gary Boyer | | $ (188.00) | $ (114,546.49) |
| CNB | 22414399 | Withdrawal | 07/03/08 | Mariko Margaret Boyer | | $ (570.50) | $ (115,116.99) |
| CNB | 22414399 | Withdrawal | 08/04/08 | Gary Boyer | | $ (183.50) | $ (115,300.49) |
| CNB | 22414399 | Withdrawal | 08/04/08 | Mariko Margaret Boyer | | $ (551.00) | $ (115,851.49) |
| CNB | 22414399 | Withdrawal | 09/03/08 | Gary Boyer | | $ (188.00) | $ (116,039.49) |
| CNB | 22414399 | Withdrawal | 09/03/08 | Mariko Margaret Boyer | | $ (564.00) | $ (116,603.49) |
| CNB | 22414399 | Withdrawal | 10/03/08 | Gary Boyer | | $ (1,210.00) | $ (117,813.49) |
| CNB | 22414399 | Withdrawal | 10/03/08 | Mariko Margaret Boyer | | $ (578.00) | $ (118,391.49) |
| CNB | 22414399 | Withdrawal | 11/04/08 | Gary Boyer | | $ (1,182.00) | $ (119,573.49) |
| CNB | 22414399 | Withdrawal | 11/04/08 | Mariko Margaret Boyer | | $ (574.00) | $ (120,147.49) |
| CNB | 22414399 | Withdrawal | 12/03/08 | Gary Boyer | | $ (1,150.50) | $ (121,297.99) |
| CNB | 22414399 | Withdrawal | 12/03/08 | Mariko Margaret Boyer | | $ (559.00) | $ (121,856.99) |
| CNB | 22414399 | Withdrawal | 01/05/09 | Gary Boyer | | $ (1,125.50) | $ (122,982.49) |
| CNB | 22414399 | Withdrawal | 01/05/09 | Mariko Margaret Boyer | | $ (543.50) | $ (123,525.99) |
| CNB | 22414399 | Withdrawal | 02/03/09 | Gary Boyer | | $ (1,104.50) | $ (124,630.49) |
| CNB | 22414399 | Withdrawal | 02/03/09 | Mariko Margaret Boyer | | $ (533.50) | $ (125,163.99) |
| CNB | 22414399 | Withdrawal | 03/03/09 | Gary Boyer | | $ (1,080.00) | $ (126,243.99) |
| CNB | 22414399 | Withdrawal | 03/03/09 | Mariko Margaret Boyer | | $ (518.00) | $ (126,761.99) |
| CNB | 22414399 | Withdrawal | 04/06/09 | Gary Boyer | | $ (1,048.00) | $ (127,809.99) |
| CNB | 22414399 | Withdrawal | 04/06/09 | Mariko Margaret Boyer | | $ (509.00) | $ (128,318.99) |
| CNB | 22414399 | Withdrawal | 05/01/09 | Gary Boyer | | $ (1,041.50) | $ (129,360.49) |
| CNB | 22414399 | Withdrawal | 05/01/09 | Mariko Margaret Boyer | | $ (500.00) | $ (129,860.49) |
| CNB | 22414399 | Withdrawal | 06/03/09 | Gary Boyer | | $ (1,057.50) | $ (130,917.99) |
| CNB | 22414399 | Withdrawal | 06/03/09 | Mariko Margaret Boyer | | $ (490.50) | $ (131,408.49) |
| CNB | 22414399 | Withdrawal | 07/02/09 | Gary Boyer | | $ (1,084.50) | $ (132,492.99) |
| CNB | 22414399 | Withdrawal | 07/02/09 | Mariko Margaret Boyer | | $ (496.50) | $ (132,989.49) |
| CNB | 22414399 | Withdrawal | 08/05/09 | Gary Boyer | | $ (1,038.00) | $ (134,027.49) |
| CNB | 22414399 | Withdrawal | 08/05/09 | Mariko Margaret Boyer | | $ (505.00) | $ (134,532.49) |
| CNB | 22414399 | Withdrawal | 09/04/09 | Gary Boyer | | $ (1,055.50) | $ (135,587.99) |
| CNB | 22414399 | Withdrawal | 09/04/09 | Mariko Margaret Boyer | | $ (490.00) | $ (136,077.99) |
| CNB | 22414399 | Withdrawal | 10/05/09 | Gary Boyer | | $ (1,044.50) | $ (137,122.49) |
| CNB | 22414399 | Withdrawal | 10/05/09 | Mariko Margaret Boyer | | $ (504.00) | $ (137,626.49) |
| CNB | 22414399 | Withdrawal | 11/04/09 | Gary Boyer | | $ (1,030.00) | $ (138,656.49) |
| CNB | 22414399 | Withdrawal | 11/04/09 | Mariko Margaret Boyer | | $ (496.00) | $ (139,152.49) |
| CNB | 22414399 | Withdrawal | 12/02/09 | Gary Boyer | | $ (1,056.00) | $ (140,208.49) |
| CNB | 22414399 | Withdrawal | 12/02/09 | Mariko Margaret Boyer | | $ (517.00) | $ (140,725.49) |
| CNB | 22414399 | Withdrawal | 12/15/09 | Gary Boyer | 20% Adjustment | $ (939.50) | $ (141,664.99) |
| CNB | 22414399 | Withdrawal | 01/05/10 | Gary Boyer | | $ (1,036.00) | $ (142,700.99) |
| CNB | 22414399 | Withdrawal | 01/05/10 | Mariko Margaret Boyer | | $ (532.50) | $ (143,233.49) |
| CNB | 22414399 | Withdrawal | 02/02/10 | Gary Boyer | | $ (1,068.50) | $ (144,301.99) |
| CNB | 22414399 | Withdrawal | 02/02/10 | Mariko Margaret Boyer | | $ (548.50) | $ (144,850.49) |
| CNB | 22414399 | Withdrawal | 03/03/10 | Gary Boyer | | $ (1,076.50) | $ (145,926.99) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 03/03/10 | Mariko Margaret Boyer | | $ (560.50) | $ (146,487.49) |
| CNB | 22414399 | Withdrawal | 04/02/10 | Gary Boyer | | $ (1,125.00) | $ (147,612.49) |
| CNB | 22414399 | Withdrawal | 04/02/10 | Mariko Margaret Boyer | | $ (579.50) | $ (148,191.99) |
| CNB | 22414399 | Withdrawal | 05/04/10 | Gary Boyer | | $ (1,155.50) | $ (149,347.49) |
| CNB | 22414399 | Withdrawal | 05/04/10 | Mariko Margaret Boyer | | $ (596.00) | $ (149,943.49) |
| CNB | 22414399 | Withdrawal | 06/07/10 | Gary Boyer | | $ (1,168.50) | $ (151,111.99) |
| CNB | 22414399 | Withdrawal | 06/07/10 | Mariko Margaret Boyer | | $ (591.50) | $ (151,703.49) |
| CNB | 22414399 | Withdrawal | 07/06/10 | Gary Boyer | | $ (1,152.00) | $ (152,855.49) |
| CNB | 22414399 | Withdrawal | 07/06/10 | Mariko Margaret Boyer | | $ (583.50) | $ (153,438.99) |
| CNB | 22414399 | Withdrawal | 08/03/10 | Gary Boyer | | $ (1,175.00) | $ (154,613.99) |
| CNB | 22414399 | Withdrawal | 08/03/10 | Mariko Margaret Boyer | | $ (596.00) | $ (155,209.99) |
| CNB | 22414399 | Withdrawal | 09/02/10 | Gary Boyer | | $ (1,160.00) | $ (156,369.99) |
| CNB | 22414399 | Withdrawal | 09/02/10 | Mariko Margaret Boyer | | $ (607.50) | $ (156,977.49) |
| CNB | 22414399 | Withdrawal | 09/27/10 | Gary Boyer | 20% Adjustment | $ (882.50) | $ (157,859.99) |
| CNB | 22414399 | Withdrawal | 10/05/10 | Gary Boyer | | $ (1,176.00) | $ (159,035.99) |
| CNB | 22414399 | Withdrawal | 10/05/10 | Mariko Margaret Boyer | | $ (621.00) | $ (159,656.99) |
| CNB | 22414399 | Withdrawal | 11/02/10 | Gary Boyer | | $ (1,158.00) | $ (160,814.99) |
| CNB | 22414399 | Withdrawal | 11/02/10 | Mariko Margaret Boyer | | $ (613.00) | $ (161,427.99) |
| CNB | 22414399 | Withdrawal | 12/03/10 | Gary Boyer | | $ (1,206.50) | $ (162,634.49) |
| CNB | 22414399 | Withdrawal | 12/03/10 | Mariko Margaret Boyer | | $ (636.00) | $ (163,270.49) |
| CNB | 22414399 | Withdrawal | 01/05/11 | Gary Boyer | | $ (1,538.00) | $ (164,808.49) |
| CNB | 22414399 | Withdrawal | 01/05/11 | Mariko Margaret Boyer | | $ (627.00) | $ (165,435.49) |
| CNB | 22414399 | Withdrawal | 02/02/11 | Gary Boyer | | $ (1,591.50) | $ (167,026.99) |
| CNB | 22414399 | Withdrawal | 02/02/11 | Mariko Margaret Boyer | | $ (638.00) | $ (167,664.99) |
| CNB | 22414399 | Withdrawal | 03/07/11 | Gary Boyer | | $ (1,572.00) | $ (169,236.99) |
| CNB | 22414399 | Withdrawal | 03/07/11 | Mariko Margaret Boyer | | $ (647.50) | $ (169,884.49) |
| CNB | 22414399 | Withdrawal | 04/04/11 | Gary Boyer | | $ (1,538.50) | $ (171,422.99) |
| CNB | 22414399 | Withdrawal | 04/04/11 | Mariko Margaret Boyer | | $ (632.00) | $ (172,054.99) |
| CNB | 22414399 | Withdrawal | 05/05/11 | Gary Boyer | | $ (1,574.00) | $ (173,628.99) |
| CNB | 22414399 | Withdrawal | 05/05/11 | Mariko Margaret Boyer | | $ (649.50) | $ (174,278.49) |
| CNB | 22414399 | Withdrawal | 06/02/11 | Gary Boyer | | $ (1,560.50) | $ (175,838.99) |
| CNB | 22414399 | Withdrawal | 06/02/11 | Mariko Margaret Boyer | | $ (641.00) | $ (176,479.99) |
| CNB | 22414399 | Withdrawal | 07/06/11 | Gary Boyer | | $ (1,542.50) | $ (178,022.49) |
| CNB | 22414399 | Withdrawal | 07/06/11 | Mariko Margaret Boyer | | $ (618.00) | $ (178,640.49) |
| CNB | 22414399 | Withdrawal | 08/05/11 | Gary Boyer | | $ (1,565.00) | $ (180,205.49) |
| CNB | 22414399 | Withdrawal | 08/05/11 | Mariko Margaret Boyer | | $ (629.00) | $ (180,834.49) |
| CNB | 22414399 | Withdrawal | 09/07/11 | Gary Boyer | | $ (1,545.50) | $ (182,379.99) |
| CNB | 22414399 | Withdrawal | 09/07/11 | Mariko Margaret Boyer | | $ (617.00) | $ (182,996.99) |
| CNB | 22414399 | Withdrawal | 10/04/11 | Gary Boyer | | $ (1,577.50) | $ (184,574.49) |
| CNB | 22414399 | Withdrawal | 10/04/11 | Mariko Margaret Boyer | | $ (635.00) | $ (185,209.49) |
| CNB | 22414399 | Withdrawal | 11/02/11 | Gary Boyer | | $ (1,545.50) | $ (186,754.99) |
| CNB | 22414399 | Withdrawal | 11/02/11 | Mariko Margaret Boyer | | $ (621.00) | $ (187,375.99) |
| CNB | 22414399 | Withdrawal | 12/06/11 | Gary Boyer | | $ (1,530.50) | $ (188,906.49) |
| CNB | 22414399 | Withdrawal | 12/06/11 | Mariko Margaret Boyer | | $ (611.50) | $ (189,517.99) |
| CNB | 22414399 | Withdrawal | 01/06/12 | Gary Boyer | | $ (1,561.50) | $ (191,079.49) |
| CNB | 22414399 | Withdrawal | 01/06/12 | Mariko Margaret Boyer | | $ (626.00) | $ (191,705.49) |
| CNB | 22414399 | Withdrawal | 02/03/12 | Gary Boyer | | $ (1,550.50) | $ (193,255.99) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 02/03/12 | Mariko Margaret Boyer | | $ (660.00) | $ (193,915.99) |
| CNB | 22414399 | Withdrawal | 03/02/12 | Gary Boyer | | $ (1,548.00) | $ (195,463.99) |
| CNB | 22414399 | Withdrawal | 03/02/12 | Mariko Margaret Boyer | | $ (649.50) | $ (196,113.49) |
| CNB | 22414399 | Withdrawal | 04/03/12 | Gary Boyer | | $ (1,526.00) | $ (197,639.49) |
| CNB | 22414399 | Withdrawal | 04/03/12 | Mariko Margaret Boyer | | $ (640.00) | $ (198,279.49) |
| CNB | 22414399 | Withdrawal | 05/04/12 | Gary Boyer | | $ (1,574.50) | $ (199,853.99) |
| CNB | 22414399 | Withdrawal | 05/04/12 | Mariko Margaret Boyer | | $ (660.50) | $ (200,514.49) |
| CNB | 22414399 | Withdrawal | 06/05/12 | Gary Boyer | | $ (1,539.50) | $ (202,053.99) |
| CNB | 22414399 | Withdrawal | 06/05/12 | Mariko Margaret Boyer | | $ (651.00) | $ (202,704.99) |
| CNB | 22414399 | Withdrawal | 07/03/12 | Gary Boyer | | $ (1,562.00) | $ (204,266.99) |
| CNB | 22414399 | Withdrawal | 07/03/12 | Mariko Margaret Boyer | | $ (638.00) | $ (204,904.99) |
| CNB | 22414399 | Withdrawal | 08/06/12 | Gary Boyer | | $ (1,558.50) | $ (206,463.49) |
| CNB | 22414399 | Withdrawal | 08/06/12 | Mariko Margaret Boyer | | $ (647.00) | $ (207,110.49) |
| CNB | 22414399 | Withdrawal | 09/05/12 | Gary Boyer | | $ (1,589.00) | $ (208,699.49) |
| CNB | 22414399 | Withdrawal | 09/05/12 | Mariko Margaret Boyer | | $ (662.50) | $ (209,361.99) |
| CNB | 22414399 | Withdrawal | 10/02/12 | Gary Boyer | | $ (1,558.00) | $ (210,919.99) |
| CNB | 22414399 | Withdrawal | 10/02/12 | Mariko Margaret Boyer | | $ (653.00) | $ (211,572.99) |
| CNB | 22414399 | Withdrawal | 11/06/12 | Gary Boyer | | $ (1,546.00) | $ (213,118.99) |
| CNB | 22414399 | Withdrawal | 11/06/12 | Mariko Margaret Boyer | | $ (640.00) | $ (213,758.99) |
| CNB | 22414399 | Withdrawal | 12/04/12 | Gary Boyer | | $ (1,507.50) | $ (215,266.49) |
| CNB | 22414399 | Withdrawal | 12/04/12 | Mariko Margaret Boyer | | $ (654.50) | $ (215,920.99) |
| CNB | 22414399 | Withdrawal | 01/04/13 | Gary Boyer | | $ (1,224.00) | $ (217,144.99) |
| CNB | 22414399 | Withdrawal | 01/17/13 | Mariko Margaret Boyer | | $ (644.00) | $ (217,788.99) |
| CNB | 22414399 | Withdrawal | 02/04/13 | Gary Boyer | | $ (1,532.50) | $ (219,321.49) |
| CNB | 22414399 | Withdrawal | 02/04/13 | Mariko Margaret Boyer | | $ (629.50) | $ (219,950.99) |
| CNB | 22414399 | Withdrawal | 03/05/13 | Gary Boyer | | $ (1,558.50) | $ (221,509.49) |
| CNB | 22414399 | Withdrawal | 03/05/13 | Mariko Margaret Boyer | | $ (646.50) | $ (222,155.99) |
| CNB | 22414399 | Withdrawal | 04/02/13 | Gary Boyer | | $ (1,535.50) | $ (223,691.49) |
| CNB | 22414399 | Withdrawal | 04/02/13 | Mariko Margaret Boyer | | $ (656.50) | $ (224,347.99) |
| CNB | 22414399 | Withdrawal | 05/06/13 | Gary Boyer | | $ (1,553.00) | $ (225,900.99) |
| CNB | 22414399 | Withdrawal | 05/06/13 | Mariko Margaret Boyer | | $ (642.00) | $ (226,542.99) |
| CNB | 22414399 | Withdrawal | 06/04/13 | Gary Boyer | | $ (1,525.50) | $ (228,068.49) |
| CNB | 22414399 | Withdrawal | 06/04/13 | Mariko Margaret Boyer | | $ (639.00) | $ (228,707.49) |
| CNB | 22414399 | Withdrawal | 07/15/13 | Gary Boyer | | $ (1,565.50) | $ (230,272.99) |
| CNB | 22414399 | Withdrawal | 07/15/13 | Mariko Margaret Boyer | | $ (657.50) | $ (230,930.49) |
| CNB | 22414399 | Withdrawal | 08/05/13 | Gary Boyer | | $ (1,589.00) | $ (232,519.49) |
| CNB | 22414399 | Withdrawal | 08/05/13 | Mariko Margaret Boyer | | $ (644.00) | $ (233,163.49) |
| CNB | 22414399 | Withdrawal | 09/05/13 | Gary Boyer | | $ (1,614.50) | $ (234,777.99) |
| CNB | 22414399 | Withdrawal | 09/05/13 | Mariko Margaret Boyer | | $ (642.50) | $ (235,420.49) |
| CNB | 22414399 | Withdrawal | 10/03/13 | Gary Boyer | | $ (1,621.50) | $ (237,041.99) |
| CNB | 22414399 | Withdrawal | 10/03/13 | Mariko Margaret Boyer | | $ (657.50) | $ (237,699.49) |
| CNB | 22414399 | Withdrawal | 11/05/13 | Gary Boyer | | $ (1,598.50) | $ (239,297.99) |
| CNB | 22414399 | Withdrawal | 11/05/13 | Mariko Margaret Boyer | | $ (644.00) | $ (239,941.99) |
| CNB | 22414399 | Withdrawal | 12/03/13 | Gary Boyer | | $ (1,625.00) | $ (241,566.99) |
| CNB | 22414399 | Withdrawal | 12/03/13 | Mariko Margaret Boyer | | $ (659.50) | $ (242,226.49) |
| CNB | 22414399 | Withdrawal | 01/06/14 | Gary Boyer | | $ (1,662.50) | $ (243,888.99) |
| CNB | 22414399 | Withdrawal | 01/06/14 | Mariko Margaret Boyer | | $ (674.00) | $ (244,562.99) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 02/04/14 | Gary Boyer | | $ (1,682.00) | $ (246,244.99) |
| CNB | 22414399 | Withdrawal | 02/04/14 | Mariko Margaret Boyer | | $ (662.00) | $ (246,906.99) |
| CNB | 22414399 | Withdrawal | 03/04/14 | Gary Boyer | | $ (1,610.00) | $ (248,516.99) |
| CNB | 22414399 | Withdrawal | 03/04/14 | Mariko Margaret Boyer | | $ (637.50) | $ (249,154.49) |
| CNB | 22414399 | Withdrawal | 04/02/14 | Gary Boyer | | $ (1,576.50) | $ (250,730.99) |
| CNB | 22414399 | Withdrawal | 04/02/14 | Mariko Margaret Boyer | | $ (624.50) | $ (251,355.49) |
| CNB | 22414399 | Withdrawal | 05/05/14 | Gary Boyer | | $ (1,601.00) | $ (252,956.49) |
| CNB | 22414399 | Withdrawal | 05/05/14 | Mariko Margaret Boyer | | $ (641.00) | $ (253,597.49) |
| CNB | 22414399 | Withdrawal | 06/06/14 | Gary Boyer | | $ (1,628.50) | $ (255,225.99) |
| CNB | 22414399 | Withdrawal | 06/06/14 | Mariko Margaret Boyer | | $ (657.00) | $ (255,882.99) |
| CNB | 22414399 | Withdrawal | 07/07/14 | Gary Boyer | | $ (1,671.00) | $ (257,553.99) |
| CNB | 22414399 | Withdrawal | 07/07/14 | Mariko Margaret Boyer | | $ (672.50) | $ (258,226.49) |
| CNB | 22414399 | Withdrawal | 07/11/14 | Entrust Mariko Boyer IRA | | $ (1,003.00) | $ (259,229.49) |
| GP | 10201582 | Withdrawal | 08/28/14 | Entrust Mariko Boyer IRA | | $ (935.50) | $ (260,164.99) |
| GP | 10201582 | Withdrawal | 09/02/14 | Gary Boyer | | $ (1,701.00) | $ (261,865.99) |
| GP | 10201582 | Withdrawal | 09/02/14 | Mariko Margaret Boyer | | $ (659.00) | $ (262,524.99) |
| | | | | | **Total** | **$ (262,524.99)** | |